**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHALLENGE FINANCIAL INVESTORS
CORP d/b/a CFIC Home Mortgage,

    Plaintiff,

v.        Case No.  8:07-cv-1344-T-30EAJ

STEVEN P. VIFQUAIN and JOHN DOES 1-5,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. #6) as to Defendant Steven P. Vifquain and Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendants John Does 1 -5 (Dkt. #8).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1344.dismissal 8.wpd